UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

BVM CORAL LANDING, LLC            CASE NO. 8:22-bk-00346
                                                              Chapter 11
        Debtor.
_____/

**EMERGENCY MOTION FOR AUTHORITY TO PAY PRE-PETITION
WAGES AND SALARIES TO NON-INSIDER EMPLOYEES
(Emergency Relief Requested Prior to February 2, 2022)**

        Debtor, BVM CORAL LANDING, LLC ("Debtor" or "Coral Landing"), by and through its undersigned counsel hereby files this Emergency Motion for Authority to Pay Pre-Petition Wages and Salaries to Non-Insider Employees ("Motion"). In support of this Motion, Debtor states the following:

        1.         On January 28, 2022 (the "Petition Date"), the Debtor filed a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

        2.         The Debtor operates a 58-bed/49-unit assisted living and memory care facility known as Coral Landing located at 2820 Old Moultrie Road in St. Augustine, Florida since 2014. The Debtor's average census is 46 residents.

        3.         Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtor is operating as a Debtor-in-Possession and is managing its assets. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C., Sections 1334 and 157. This is a core matter.

        4.         An Official Committee of Unsecured Creditors has not been appointed as of the filing of this Motion.

**Basis for Motion**

        5.         As of the Petition Date, the Debtor has 30 employees, which includes 9 part time

employees and 21 full time employees, who are owed, or had accrued in their favor, approximately $33,850.00[1] for wages, salaries, commissions, vacation pay, sick leave pay, holiday pay, personal leave pay, employee benefits including insurance premiums and contributions for the payroll period of January 16, 2022 through January 29, 2022 (the **"Prepetition Employee Obligations"**) for the payroll to be paid to employees on **February 4, 2022**. A detailed listing of the Prepetition Employee Obligations is attached hereto as Exhibit "A". The Debtor pays its employees (7) days in arrears, with payment being made on a bi-weekly basis every other Friday.

6. The Prepetition Employee Obligations the Debtor seeks to honor will not exceed the payments entitled to priority under §§ 507(a)(4) and (a)(5) of the Bankruptcy Code.

7. Retaining these employees is critical to the successful operation and reorganization of the Debtor's business. The Debtor would not be able to replace the employees without a significant disruption to its operations and a substantial delay in its reorganization effort.

8. Each of the employees performed necessary and valuable services for the Debtor prior to the Petition Date and performed those services with the expectation that wage and wage-related commitments would be honored. The failure to honor these obligations to employees is likely to lower morale among the employees and cause concern among the employees regarding the Debtor's intention to honor its ongoing obligations. The Debtor cannot afford to lose the support of its employees, particularly given that the Debtor must operate more efficiently and meet more administrative burdens than before.

9. In addition, almost all of the employees depend upon their salaries to meet their

---

[1] This is an estimate based upon the payroll run for the period of January 2, 2022 through January 15, 2022, which was paid to employees on January 21, 2022. The Debtor does not anticipate significant deviations in the amounts of the payroll run.

basic living expenses. Employees and other dependents may suffer serious financial difficulties if the relief requested is not granted.

10. So as to avoid such hardship and concomitant loss of employee support, the Debtor must be permitted to pay the Prepetition Employee Obligations described above. Accordingly, the requested relief is in the best interest of the Debtor, its estate, and creditors.

11. It is well-settled that a bankruptcy court may authorize the payment of prepetition obligations where necessary to facilitate reorganization. Payment of prepetition obligations is rooted in the common-law "necessity of payment" doctrine, which courts have consistently applied where failure to pay prepetition obligations posed a real and significant threat to a debtor's reorganization. *See Miltenberger v. Logansport Ry. Co.*, 106 U.S. 286 (1882) (payment of pre-receivership claim prior to reorganization permitted to prevent "stoppage of . . .[crucial] business relations"); *In re Lehigh & New England Ry. Co.*, 657 F.2d 570, 581 (3d Cir. 1981) (payment of claims of creditors authorized under the "necessity of payment" doctrine); *In the Matter of Penn Central Transport*, 467 F.2d 100, 102, n. 1 (3d Cir. 1972) (bankruptcy court has authority to sanction payment of claims under the "necessity of payment" doctrine for service essential to the debtor's business); and *In re Ionosphere Clubs, Inc.,* 98 B.R. 174 (Bankr. S.D.N.Y. 1989) (approving payment of certain prepetition wage, salary, medical benefit and business expense claims justified under the necessity of payment of doctrine). This Court, in other large Chapter 11 cases, has granted the relief requested herein.

12. The statutory basis for the "necessity of payment" doctrine appears in § 105(a) of the Bankruptcy Code, which provides, in pertinent part:

> [t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title.

11 U.S.C. § 105(a).

13. The Bankruptcy Code prohibits paying prepetition claims without specific court authorization. However, every employee is entitled to a priority claim of up to $12,850.00 for compensation earned in the one hundred eighty (180) day period preceding the Petition Date. Employee obligations are entitled to the same priority of payment subject to the formula set forth in § 507(a)(4) of the Bankruptcy Code, and payments made by the Debtors will not exceed the priority cap.

14. Since payment of the Prepetition Employee Obligations is absolutely crucial to the preservation and protection of the Debtors' business and, ultimately, to its successful reorganization under Chapter 11, this Court may order such payment under the "necessity of payment" doctrine and § 105(a) of the Bankruptcy Code. Indeed, there is ample precedent for authorizing such payments. *See e.g. Ionosphere Clubs, Inc.*, 98 B.R. at 174.

15. Pursuant to § 346(f) of the Bankruptcy Code, the Debtors propose to withhold or cause to be withheld from any payment to employees those amounts required to be withheld under applicable federal, state or local tax law, and shall pay such withheld amount to the appropriate governmental unit at the time and in the manner required by such tax law. Further, the Debtors request that it be permitted to pay all costs and make all deductions incident to the Prepetition Employee Obligations, including but not limited to payroll processing costs.

16. A proposed Interim Order is attached as Exhibit "B" and by reference incorporated herein.

WHEREFORE, the Debtor respectfully requests that this Court enter an order granting this motion; authorizing the Debtor to pay the Prepetition Employee Obligations set forth above; authorizing the Debtor to withhold from the Prepetition Employee Obligations those

amounts required to be withheld under applicable federal, state or local tax law, and to pay such withheld amount to the appropriate governmental unit at the time and in the manner required by such tax law; authorizing the Debtors to pay all costs and make all deductions incident to the Prepetition Employee Obligations, including but not limited to payroll processing costs; and providing such other and further relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished either by the Court's CM/ECF system or by regular U. S. Mail to the **U.S. States Trustee**, 501 East Polk Street, Suite 1200, Tampa, Florida 33602; **BVM Coral Landing, LLC**, PO Box 501188, Indianapolis, IN 46250; and to all creditors and parties in interest listed on the attached matrix on January 28, 2022.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto ("Al") F. Gomez, Jr. FBN: 784486)
401 E. Jackson Street, Ste. 3100
Tampa, FL 33601-1100
Telephone:    813-225-2500
Facsimile:    813-223-7118
Email: Al@jpfirm.com
Attorneys for Debtor

```
                         Coral Landing
                         Check Register
                           01/21/22

                     Qty     Rate       Income       Taxes    Deductions         Net
Anderson, Joseph E
    Regular         35.93   12.00       431.16
    Social Security                                   26.73
    Medicare                                           6.25
Check #   502682  01/21/22                431.16      32.98         0.00       398.18
Distribution
    Dietary                               431.16

Anderson, Joseph L
    Regular         79.86   16.00      1,277.76
    OT/Hol           1.23   24.00         29.52
    BO05172*                              253.92
    Bonus                                  25.00
    Federal                                          102.94
    Social Security                                   77.90
    Medicare                                          18.22
    Dental Low                                                      9.69
    ChildSupport                                                  230.77
    Disability                                                     18.00
    Life-AFLAC                                                     12.74
    Accident                                                       12.36
    BO05172                                                        50.78
    Life-MOO                                                        2.30
    Vision                                                          3.00
Check #   502683  01/21/22              1,332.28     199.06       339.64       793.58
Distribution
    Maintenance                         1,332.28
                                      * - Omit from Net


Baker, Patricia
    Regular          1.08   15.25         16.47
    Night           34.18   16.00        546.88
    Social Security                                   34.93
    Medicare                                           8.17
Check #   502684  01/21/22                563.35      43.10         0.00       520.25
Distribution
    CNA-ALF                               563.35


Carpenter, Kayla
    Regular         78.01   15.25      1,189.65
    Night            1.99   16.00         31.84
    OT/Hol          13.72   22.88        313.91
    OT/Hol-N         0.23   24.00          5.52
    Federal                                           40.32
    Social Security                                   95.54
    Medicare                                          22.34
Check #   502685  01/21/22              1,540.92     158.20         0.00     1,382.72
Distribution
    CNA-ALF                             1,540.92


Coleman, Traci
    Regular         44.93   15.25        685.18
    Night           35.07   16.00        561.12
    OT/Hol          19.42   22.88        444.33
    OT/Hol-N         0.04   24.00          0.96
    Federal                                          135.32
    Social Security                                  104.88
    Medicare                                          24.53
    Life-MOO                                                        0.65
Check #   502686  01/21/22              1,691.59     264.73         0.65     1,426.21
Distribution
    CNA-ALF                             1,691.59


Cone, Naomi
    Regular          1.73   15.25         26.38
    Night           34.50   16.00        552.00
    Social Security                                   35.86
    Medicare                                           8.39
Check #   502687  01/21/22                578.38      44.25         0.00       534.13
Distribution
    CNA-ALF                               578.38


    Check Register                      Page 1     Exhibit "A"    01/19/22
```

```
                        Qty      Rate       Income       Taxes     Deductions         Net
Crisp, Christina
   Regular            78.11     13.40     1,046.67
   Federal                                               77.77
   Social Security                                       64.89
   Medicare                                              15.18
Check #   502688    01/21/22              1,046.67      157.84          0.00       888.83
Distribution
   Dietary                                 1,046.67

Dipaolo, Linda
   Regular            76.38     10.00       763.80
   OT/Hol              0.15     15.00         2.25
   BO05172*                                  253.92
   Federal                                              216.87
   Social Security                                       41.34
   Medicare                                               9.67
   Vision                                                              3.00
   BO05172                                                            50.78
   Accident                                                           12.36
   Hospital                                                           19.26
   Dental High                                                        13.85
Check #   502689    01/21/22                766.05      267.88         99.25       398.92
Distribution
   Administration                           766.05
                                         * - Omit from Net

Flagler, Tamara
   Regular            72.87     15.25     1,111.27
   Night               2.60     16.00        41.60
   OT/Hol              7.52     22.88       172.06
   OT/Hol-N            0.03     24.00         0.72
   Federal                                               14.49
   Social Security                                       82.19
   Medicare                                              19.22
   Life-MOO                                                            4.61
Check #   502690    01/21/22              1,325.65      115.90          4.61     1,205.14
Distribution
   CNA-ALF                                 1,325.65

Garvin, Delilah
   Regular             3.00     13.25        39.75
   Night              71.42     14.00       999.88
   OT/Hol-N            6.62     21.00       139.02
   Federal                                               73.77
   Social Security                                       73.08
   Medicare                                              17.09
Check #   502691    01/21/22              1,178.65      163.94          0.00     1,014.71
Distribution
   CNA-ALF                                 1,178.65

Gilliam, Brandy
   Regular            13.38     13.25       177.29
   PTO                16.00     13.25       212.00
   Social Security                                       23.09
   Medicare                                               5.40
   Vision                                                              3.00
   Dental High                                                        13.85
   Life-MOO                                                            4.61
Check #   502692    01/21/22                389.29       28.49         21.46       339.34
Distribution
   CNA-ALF                                   389.29

Gilliam, Dericka
   Regular             5.76     15.25        87.84
   Night              34.50     16.00       552.00
   PTO                21.00     15.25       320.25
   Federal                                                7.02
   Social Security                                       58.48
   Medicare                                              13.68
   Dental High                                                        13.85
   Vision                                                              3.00

   Check Register                         Page 2                     01/19/22
```

```
                            Qty      Rate       Income        Taxes    Deductions           Net
     Life-MOO                                                               0.65
Check #    502693      01/21/22       960.09     79.18        17.50       863.41
Distribution
   CNA-ALF                            960.09

Glinton, Malesha
     Regular          32.15    13.25     425.99
     Night            28.96    14.00     405.44
     Ber/Jury         11.50    13.25     152.38
     Federal                                              50.38
     Social Security                                      61.00
     Medicare                                             14.27
Check #    502694      01/21/22       983.81    125.65         0.00       858.16
Distribution
   CNA-ALF                            983.81

Hersey, Tabitha
     Regular          75.73    12.62     955.71
     BO05302*                            308.62
     Federal                                              34.72
     Social Security                                      52.53
     Medicare                                             12.28
     BO05302                                                              105.48
     Vision                                                                 3.00
Check #    502695      01/21/22       955.71     99.53       108.48       747.70
Distribution
   Dietary                            955.71
                                     * - Omit from Net

Hicks, Shannon
     Regular          73.76    13.25     977.32
     Night             1.44    14.00      20.16
     OT/Hol            6.45    19.88     128.23
     OT/Hol-N          0.55    21.00      11.55
     BO05172*                            253.92
     Federal                                              80.28
     Social Security                                      66.11
     Medicare                                             15.46
     BO05172                                                               50.78
     Vision                                                                 6.35
     Life-MOO                                                              11.40
     Dental High                                                           13.85
Check #    502696      01/21/22     1,137.26    161.85        82.38       893.03
Distribution
   CNA-ALF                          1,137.26
                                     * - Omit from Net

Hunter, Alisha S
     Regular           3.37    13.25      44.65
     Night            62.53    14.00     875.42
     OT/Hol-N          6.17    21.00     129.57
     Social Security                                      65.08
     Medicare                                             15.22
Check #    502697      01/21/22     1,049.64     80.30         0.00       969.34
Distribution
   CNA-ALF                          1,049.64

Hutcherson, Tamekia
     Regular          80.00     0.00       0.00
     Salary                              1,440.00
     Federal                                             101.14
     Social Security                                      87.22
     Medicare                                             20.40
     Dental High                                                           33.23
Check #    502698      01/21/22     1,440.00    208.76        33.23     1,198.01
Distribution
   CNA-ALF                          1,440.00

Mack, Cammie K
     Regular          22.99    13.25     304.62
     Night            11.61    14.00     162.54
     Social Security                                      28.96

     Check Register                         Page 3                   01/19/22
```

```
                         Qty      Rate      Income        Taxes    Deductions         Net
   Medicare                                                6.77
Check #    502699    01/21/22               467.16        35.73         0.00       431.43
Distribution
   CNA-ALF                                  467.16

McDuffy, Tamara
   Regular              1.09     13.25       14.44
   Night               68.58     14.00      960.12
   Social Security                                        60.42
   Medicare                                               14.13
Check #    502700    01/21/22               974.56        74.55         0.00       900.01
Distribution
   CNA-ALF                                  974.56

Ridge, Melissa
   Regular             58.92     14.00      824.88
   OT/Hol               1.91     21.00       40.11
   PTO                 21.08     14.00      295.12
   BO05302*                                 734.50
   Federal                                                18.32
   Social Security                                        42.24
   Medicare                                                9.88
   Vision                                                                6.81
   BO05302                                                             443.38
   Dental High                                                          28.62
   Life-MOO                                                              9.92
Check #    502701    01/21/22             1,160.11        70.44       488.73       600.94
Distribution
   Activities                             1,160.11
                                         * - Omit from Net

Rogers, Jody
   Regular              6.30     15.25       96.08
   Night               72.18     16.00    1,154.88
   OT/Hol-N             1.52     24.00       36.48
   BO05172*                                 253.92
   Federal                                                 3.45
   Social Security                                        76.49
   Medicare                                               17.89
   BO05172                                                              50.78
   Vision                                                                3.00
Check #    502702    01/21/22             1,287.44        97.83        53.78     1,135.83
Distribution
   CNA-ALF                                1,287.44
                                         * - Omit from Net

Rowe, Arianna
   Regular             38.54     15.25      587.74
   Night                1.13     16.00       18.08
   Federal                                                10.77
   Social Security                                        37.56
   Medicare                                                8.78
Check #    502703    01/21/22               605.82        57.11         0.00       548.71
Distribution
   CNA-ALF                                  605.82

Rys, Dawn
   Regular             80.00      0.00        0.00
   Salary                                 3,269.60
   Bonus                                  5,000.00
   Federal                                             1,493.89
   Social Security                                       510.23
   Medicare                                              119.33
   Vision                                                                6.81
   Life-MOO                                                             15.92
   Dental High                                                          33.23
Check #    502704    01/21/22             8,269.60     2,123.45        55.96     6,090.19
Distribution
   Administration                         8,269.60

Rys, Steven
   Regular             32.01     20.00      640.20

   Check Register                          Page 4                   01/19/22
```

```
                           Qty        Rate      Income       Taxes    Deductions         Net
     Federal                                                  14.21
     Social Security                                          39.69
     Medicare                                                  9.28
Check #   502705        01/21/22                  640.20      63.18         0.00      577.02
Distribution
  Maintenance                                     640.20

Scott, Susan
     Regular            13.20       13.45         177.54
     Night              52.34       14.20         743.23
     PTO                11.50       13.45         154.68
     Federal                                                  99.59
     Social Security                                          65.91
     Medicare                                                 15.41
     Accident                                                              12.36
     Life-MOO                                                              11.34
Check #   502706        01/21/22                1,075.45     180.91        23.70      870.84
Distribution
  CNA-ALF                                       1,075.45

Singleton, Brandy
     Regular            64.30       15.00         964.50
     PTO                 8.00       15.00         120.00
     BO05904*                                     339.78
     Federal                                                  63.86
     Social Security                                          54.98
     Medicare                                                 12.86
     BO05904                                                               136.64
     Dental High                                                            50.31
     Vision                                                                 10.85
Check #   502707        01/21/22                1,084.50     131.70       197.80      755.00
Distribution
  Dietary                                       1,084.50
                                           * - Omit from Net

Smith Mathis, Jhenelle
     Regular            67.00       15.25       1,021.75
     Night               5.02       16.00          80.32
     Federal                                                  64.58
     Social Security                                          68.33
     Medicare                                                 15.98
Check #   502708        01/21/22                1,102.07     148.89         0.00      953.18
Distribution
  CNA-ALF                                       1,102.07

Wilkins, Karen
     Regular            12.31       15.25         187.73
     Night              37.74       16.00         603.84
     Federal                                                  29.35
     Social Security                                          49.08
     Medicare                                                 11.48
Check #   502709        01/21/22                  791.57      89.91         0.00      701.66
Distribution
  CNA-ALF                                         791.57

Wilkins, Trencess
     Regular             0.08       13.25           1.06
     Night              22.44       14.00         314.16
     Social Security                                          19.54
     Medicare                                                  4.57
Check #   502710        01/21/22                  315.22      24.11         0.00      291.11
Distribution
  CNA-ALF                                         315.22

Wolfe, Ayanna
     Regular            72.76       15.25       1,109.59
     Night               1.07       16.00          17.12
     OT/Hol              5.95       22.88         136.14
     OT/Hol-N            0.11       24.00           2.64
     Social Security                                          78.46
     Medicare                                                 18.35
Check #   502711        01/21/22                1,265.49      96.81         0.00    1,168.68

    Check Register                        Page 5                      01/19/22
```

```
                       Qty       Rate       Income          Taxes      Deductions           Net
Distribution
   CNA-ALF                                 1,265.49

Wrenn, Erin M
   Regular            11.50     13.25        152.38
   Night              12.02     14.00        168.28
   Social Security                                          19.88
   Medicare                                                  4.65
Check #   502712    01/21/22                 320.66         24.53            0.00        296.13
Distribution
   CNA-ALF                                   320.66

Wright, Yolanda
   Regular            34.49     17.04        587.71
   Night               0.49     17.79          8.72
   PTO                36.00     17.04        613.44
   BO05172*                                   253.92
   Social Security                                          71.08
   Medicare                                                 16.62
   BO05172                                                               50.78
   Dental Low                                                             9.69
   Vision                                                                 3.00
   Life-MOO                                                               3.00
Check #   502713    01/21/22               1,209.87         87.70           66.47      1,055.70
Distribution
   CNA-ALF                                 1,209.87
                                           * - Omit from Net

Number of Checks:     32

   Regular          1,271.54              15,927.11
   Night              591.81               8,817.63
   OT/Hol              56.35               1,266.55
   OT/Hol-N            15.27                 326.46
   PTO                113.58               1,715.49
   Ber/Jury            11.50                 152.38
   Salary                                  4,709.60
   Bonus                                   5,025.00
   BO05172                                 1,269.60
   BO05302                                 1,043.12
   BO05904                                   339.78
   Federal                                              2,733.04
   Social Security                                      2,273.70
   Medicare                                               531.75
   State                                                    0.00
   Local                                                    0.00
   ChildSupport                                                         230.77
   BO05302                                                              548.86
   Accident                                                              37.08
   Dental Low                                                            19.38
   Dental High                                                          200.79
   Vision                                                                51.82
   Disability                                                            18.00
   Hospital                                                              19.26
   Life-MOO                                                              64.40
   Life-AFLAC                                                            12.74
   BO05904                                                              136.64
   BO05172                                                              253.90
Company Totals                            37,940.22      5,538.49        1,593.64     30,808.09
   Employer SS                                           2,273.70
   Employer MED                                            531.75

   941/943 Payments                                                                    8,343.94
   Social Security                                                                     4,547.40
   Medicare                                                                            1,063.50
   Tax Withholding                                                                     2,733.04




   Check Register                       Page 6                        01/19/22
```

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

BVM CORAL LANDING, LLC　　　　　　　　　CASE NO. 8:22-bk-00346
　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.
_____/

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO PAY PRE-PETITION WAGES AND SALARIES TO NON-INSIDER EMPLOYEES**

THIS CAUSE came on for hearing on _____, 2022 upon the Debtor's Emergency Motion for Authority to Pay Pre-Petition Wages and Salaries to Non-Insider Employees (Doc. No. ___) ("Motion"). For the reasons stated orally and recorded in open Court that shall constitute the decision of the Court, it is

**ORDERED** that:

1. The Motion is granted as set forth herein.

2. The Debtor is authorized to pay various sums for wages, salaries, commissions, vacation pay, sick leave pay, holiday pay, personal leave pay, employee benefits including insurance premiums and contributions, and reimbursable business expenses (collectively, the "**Prepetition Employee Obligations**") owed to current employees for the payroll periods of January 16, 2022 through January 29, 2022. No individual employee shall receive an amount in

Exhibit "B"

excess of the priority cap set forth in 11 U.S.C. § 507(a)(4).

3. No officers or directors of the Debtor or any insiders or affiliates of the foregoing shall be paid except as authorized by the Court pursuant to separate order.

4. No employee who was a prepetition employee but is not an employee with a Debtor postpetition is authorized to receive the Prepetition Employee Obligations.

5. Pursuant to this Order, all applicable banks and other financial institutions are authorized and directed to receive, process, honor and pay any and all checks with respect to the Debtor's employees issued by the Debtor or any payroll processing company, whether presented prior to or after the Petition Date, including but not limited to any outstanding checks for the payroll period of January 16, 2022 through January 29, 2022. The Debtor is authorized to reissue any checks which need to be issued by the Debtor to replace such checks not presented to or cleared from the banking systems.

6. Pursuant to Section 346(f) of the Bankruptcy Code, the Debtor shall withhold or cause to be withheld from any payment to employees those amounts required to be withheld under applicable federal, state or local tax law, and shall pay such withheld amount to the appropriate governmental unit at the time and in the manner required by such tax law. The Debtor may pay all costs and make all deductions incident to the Prepetition Employee Obligations, including but not limited to payroll processing costs.

7. This Order is without prejudice to the Debtor's right to file a motion seeking additional authority to deal with any prepetition employee obligations or benefits not covered by the terms of this Order.

cc: Attorney Alberto F. Gomez, Jr., Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three (3) days of entry of this order.